UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: 8:23-cv-00379-SRM-JDE  Date: April 8, 2025
Title: Anthony De La Torre v. Macys Retail Holdings, LLC

Present: **HONORABLE SERENA R. MURILLO, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO FILE JOINT STATUS REPORT**

On April 25, 2023, Judge Cormac J. Carney stayed this case pending the resolution of binding arbitration and ordered the parties to file a joint status report every 120 days regarding the status of the arbitration. (Dkt. 8.) One such report was filed, (Dkt. 9); however, more than 120 days has passed since that joint report was filed on July 7, 2023.

On March 26, 2025, this case was reassigned to Judge Serena R. Murillo due to the retirement of the previously assigned judge.

Accordingly, the court **ORDERS** the parties to show cause, in writing, why monetary sanctions should not issue for failing to comply with the court's order **on or before April 22, 2025**. *See* Fed. R. Civ. P. 16(f) (permitting issuance of sanctions based on a party's failure to abide by a scheduling or other pretrial order). The court may discharge this order if the parties file the previously-ordered status report **on or before April 22, 2025.**

IT IS SO ORDERED.

Initials of Deputy Clerk: mku